IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WENDY L. DASH, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 05-383-S-LMB |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

In accordance with the Memorandum Decision and Order entered August 17, 2006, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision that Petitioner is not disabled within the meaning of the Social Security Act is REVERSED, and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum Decision and Order.

DATED: **August 17, 2006**.

Larry M. Boyle
United States District Court

JUDGMENT -1-